1

2

3

4                              UNITED STATES DISTRICT COURT

5                                   DISTRICT OF NEVADA

6                                          * * *

7    BANK OF AMERICA, N.A.,                          Case No. 2:16-CV-848 JCM (GWF)

8                                Plaintiff(s),              ORDER

9          v.

10   SONRISA HOMEOWNERS ASSOCIATION,
     et al.,

11

12                               Defendant(s).

13

14         Presently before the court is defendant SFR Investments Pool's motion for demand for

15   security of costs. (Doc. #6). Defendant asks that plaintiff file security of costs in the amount of

16   $500.00 in favor of the defendant pursuant to NRS 18.130(1) because plaintiff is a non-resident of

17   Nevada.

18         The Ninth Circuit recognizes that "federal district courts have inherent power to require

19   plaintiffs to post security for costs." *Simulnet E. Assocs. v. Ramada Hotel Operating Co.*, 37 F.3d

20   573, 574 (9th Cir. 1994). A federal district court typically follows the forum state's practice

21   regarding security of costs, particularly when a party is a non-resident. *See, e.g.*, 10 Charles Alan

22   Wright & Arthur R. Miller, Federal Practice and Procedure § 2671 (3d ed. 1998). Nevada Revised

23   Statute 18.130 provides that the court may require an out-of-state plaintiff to post a security for

24   costs in an amount up to $500.00 upon request by a defendant. Nev. Rev. Stat. 18.130.

25         This court finds it appropriate to order security of costs in this matter.

26   . . .

27   . . .

28   . . .

James C. Mahan
U.S. District Judge

1    Accordingly,

2    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant's motion for

3    demand for security of costs, (doc. #6), be, and the same hereby is, GRANTED.

4    IT IS FURTHER ORDERED that plaintiff shall post security in the amount of $500.00

5    within seven (7) days of the entry of this order.

6    DATED May 12, 2016.

7    _____
     UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**James C. Mahan**
**U.S. District Judge**

- 2 -