CHRISTOPHER V. YERGENSEN, ESQ.
Nevada State Bar Number 6183
NEVADA ASSOCIATION SERVICES, INC.
6224 West Desert Inn Road
Las Vegas, NV 89146
Telephone:   (702) 804-8885
Facsimile:    (702) 804-8887
Email: chris@nas-inc.com

*Attorney for Defendant Nevada Association Services, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>            Plaintiff,<br><br>vs.<br><br>SONRISA HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; NEVADA ASSOCIATION SERVICES, INC.,<br><br>            Defendants. | CASE NO.: 2:16-cv-00848<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT NEVADA ASSOCIATION SERVICES, INC. TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

(First Request)

The parties respectfully submit the following Stipulation to allow Defendant NEVADA ASSOCIATION SERVICES, INC. ("Defendant") thirty additional days from the date of entry of this order to file a responsive pleading to Plaintiff Bank of America, N.A.'s (hereinafter "Plaintiff"), Complaint filed on April 14, 2016. Pursuant to Stipulation of the parties, Defendant shall have until June 10, 2016.

**Reason for this Request**

Nevada Association Services, Inc. ("NAS") and Bank of America, N.A. (together with NAS, the "Parties") agreed to extend time to file responsive pleadings to allow NAS an opportunity to tender its defense to the Sonrisa Homeowners' Association (the "Association") and allow the Association

ample time to either accept or reject NAS' tender.  Based on the Association's declination or failure to respond to NAS' tender, the Parties now submit their Stipulation and Order to allow NAS time to file its responsive pleadings.

This is the parties' first request for an extension.

DATED this 13th day of May, 2016.

By: /s/Miles Clark Esq.
    Miles Clark, Esq.
    Nevada Bar No. 13848
    Akerman
    1160 Town Center Drive
    Suite 330
    Las Vegas, NV 89144
    Telephone: 702-634-5000
    Facsimile: 702-380-8572
    *Attorney for Plaintiff*

By: /s/Christopher V. Yergensen
    Christopher V. Yergensen, Esq.
    Nevada Bar No. 6183
    Nevada Association Services, Inc.
    6224 West Desert Inn Road
    Las Vegas, NV 89146
    Telephone: 702-804-8885
    Facsimile: 702-804-8887
    *Attorney for Defendant Nevada Association Services, Inc.*

**IT IS SO ORDERED:**

*[signature: George Foley Jr.]*

**GEORGE FOLEY, JR.**
**United States Magistrate Judge**

**DATED:  May 16, 2016**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3

STIPULATION AND ORDER