# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

|  |  |  |
|---|---|---|
| BANK OF AMERICA, N.A. | ) | |
| Plaintiff, | ) | Case No. 2:16-cv-00848-JCM-GWF |
| vs. | ) | **ORDER** |
| SONRISA HOMEOWNERS ASSOCIATION, *et al.*, | ) | |
| Defendants. | ) | |

This matter is before the Court on Plaintiff Bank of America, N.A.'s Motion to Remove Attorney from the Electronic Service List (ECF No. 60), filed on September 23, 2016.

Counsel for Plaintiff represents that Miles Clark, Esq. is no longer associated with the law firm of Akerman LLP, and therefore requests that he be removed from the electronic service list. Counsel for Plaintiff further represents that the law firm of Akerman LLP will continue to represent Plaintiff. The movant substantially establishes good cause for the withdrawal. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Remove Attorney from the Electronic Service List (ECF No. 60) is **granted.**

**IT IS FURTHER ORDERED** that the Clerk of the Court shall remove Miles Clark, Esq. from the CM/ECF service list in this case.

DATED this 26th day of September, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge