DIANA CLINE EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@kgelegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> SONRISA HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; NEVADA ASSOCIATION SERVICES, INC., <br><br> Defendants. | Case No. 2:16-cv-00848-JCM-GWF <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO FILE MOTION FOR SUMMARY JUDGMENT** <br><br> **(First Request)** |
| SFR INVESTMENTS POOL 1, LLC, LLC, a Nevada limited liability company, <br><br> Counter/Cross Claimant, <br><br> vs. <br><br> BANK OF AMERICA, N.A.; UNIVERSITY MEDICAL CENTER; RICK C. WATKINS, an individual; and JENNIFER L. WATKINS, an individual, <br><br> Counter/Cross Defendants. | |

IT IS HEREBY STIPULATED between Plaintiff/Counter-Defendant, BANK OF AMERICA, N.A. ("the Bank") and Defendant/ Counterclaimant SFR INVESTMENTS POOL 1, LLC ("SFR"), by and through their undersigned counsel, to extend the deadline for SFR to file a

- 1 -

1 Motion for Summary Judgment, to 60 days after an order is entered on the Bank's Emergency
2 Motion for Protection from its 30(b)(6) Deposition and Motion for Sanctions [ECF No. 62]. This
3 is intended to allow sensible scheduling of the deposition once the motion is decided, with a
4 reasonable opportunity for SFR to incorporate deposition testimony in its motion.

5 ///
6 ///
7 ///
8 ///
9 ///
10 ///
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

**KIM GILBERT EBRON**
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

This is SFR's first request for an extension and is not intended to cause any delay or prejudice to any party.

| | |
|---|---|
| DATED this 30th day of November, 2016. | DATED this 1st day of December, 2016. |
| **KIM GILBERT EBRON** | **AKERMAN, LLP** |
| /s/ Diana Cline Ebron | /s/ Darren T. Brenner |
| Diana Cline Ebron, ESQ.<br>Nevada Bar No. 10580<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br>*Attorneys for SFR Investments Pool 1, LLC* | Darren T. Brenner, Esq.<br>Nevada Bar No. 8386<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br>*Attorneys for Bank of America, N.A.* |
| DATED this 30th day of November, 2016. | DATED this 1st day of December, 2016. |
| **LEACH JOHNSON SONG & GRUCHOW** | **NEVADA ASSOCIATION SERVICES, INC.** |
| /s/ Ryan D. Hastings | /s/ Christopher V. Yergensen |
| Ryan D. Hastings, Esq.<br>Nevada Bar No. 12394<br>8945 W. Russell Road, Ste. 330<br>Las Vegas, NV 891148<br>*Attorneys for*<br>*Sonrisa Homeowners Association* | Christopher V. Yergensen, Esq.<br>Nevada Bar No. 6183<br>6224 West Desert Inn Road<br>Las Vegas, NV 89146<br>*Attorneys for*<br>*Nevada Association Services, Inc.* |

**ORDER**

**IT IS SO ORDERED**.

DATED December 5, 2016.

_____
UNITED STATES DISTRICT JUDGE

*Respectfully submitted by:*

**KIM GILBERT EBRON**

/s/ Diana Cine Ebron
DIANA CLINE EBRON, ESQ.
Nevada Bar No. 10580
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
*Attorneys for SFR Investments Pool 1, LLC*