DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
TENESA S. SCATURRO, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-857
Email:  darren.brenner@akerman.com
            tenesa.scaturro@akerman.com

*Attorneys for plaintiff and counter-defendant
Bank of America, N.A.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> SONRISA HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; NEVADA ASSOCIATION SERVICES, INC., <br><br> Defendants. | Case No.:   2:16-cv-00848-JCM-GWF <br><br> **STIPULATION AND ORDER REGARDING STAY OF LITIGATION AND DISCOVERY PENDING A MOTION FOR SUMMARY JUDGMENT REGARDING *BOURNE VALLEY*** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company, <br><br> Counter/Cross Claimant, <br><br> v. <br><br> BANK OF AMERICA, N.A,; UNIVERSITY MEDICAL CENTER; RICK C. WATKINS, an individual; and JENNIFER L. WATKINS, and individual <br><br> Counter/Cross Defendants. | |

Plaintiff Bank of America, N.A. ("BANA"), Defendant/Counterclaimant SFR Investments Pool 1, LLC ("SFR"), Defendant Sonrisa Homeowners Association ("Association"), Nevada Association Services ("NAS")(collectively the "parties), by and through their respective counsel,

{40374938;1} 1

stipulate and agree as follows:

1. This litigation arises from the September 6, 2013 purported foreclosure of the real property located at **1208 El Viento Court, Henderson, NV 89074; Parcel No. 178-15-711-011** (the "Property") pursuant to the Association's lien ("Association foreclosure sale").

2. BANA stipulates it received the following documents[1]:

> a. **Notice of Default**: BANA received a notice of default dated January 1, 2013 for Sonrisa on January 23, 2013. BANA includes a copy of the notice of default it received as **Exhibit 1**.
>
> b. **Notice of Sale**: BANA received a notice of sale dated August 12, 2013 on August 20, 2013 advising NAS would foreclose Sonrisa's lien on September 6, 2013. BANA includes a copy of the notice of sale it received as **Exhibit 2**.

3. The parties stipulate and agree that through this litigation BANA is seeking, among other relief, a declaration that the lien created by the deed of trust recorded against the Property in the Official Records of the Clark County Recorder as Instrument No. 201004280002680 ("Deed of Trust") was not extinguished by the Association foreclosure sale. BANA claims an interest in the Deed of Trust, but stipulates that it is not seeking to foreclose on the Deed of Trust through this action.[2] The parties stipulate and agree that SFR reserve its rights to challenge BANA's standing to foreclose on the Deed of Trust as the owner and/or servicer of the loan. BANA waives no rights to counter these arguments, but agrees they are not at issue in this case. .

4. Based on the above agreements and to conserve the resources of the parties and the Court, the parties further stipulate and agree to stay discovery and litigation, including without limitation any pending depositions, on all issues raised by the pleadings except as relevant to the effect of the Ninth Circuit's ruling in *Bourne Valley Court Tr. v. Wells Fargo Bank, N.A.*, 832 F.3d 1154, 1157-58 (9th Cir. 2016), *r'hng denied* (9th Cir. Nov. 4, 2016) on the Association's purported foreclosure

---

[1] BANA does not stipulate that receipt of the notices is relevant to its factual due process challenge under *Bourne Valley Court Tr. v. Wells Fargo Bank, N.A.*, 832 F.3d 1154, 1157-58 (9th Cir. 2016), *r'hng denied* (9th Cir. Nov. 4, 2016).

[2] BANA reserves the right to move to amend the complaint, and if it does, SFR reserves its right to move to revisit certain discovery requests.

{40374938;1} 2

1. sale.

2. 5. The parties stipulate and agree that the briefing in response to BANA's Motion for Summary Judgment filed on September 20, 2016 [ECF No. 58] shall remain stayed.

6. The parties stipulate and agree that BANA shall file a motion for summary judgment limited to the issue of the effect of the Ninth Circuit's ruling in *Bourne Valley* on the Association's purported foreclosure sale and the defendants shall respond pursuant to the Federal Rules of Civil Procedure and Local Rules. The parties agree the stay provided for in this stipulation as to discovery, litigation and any other applicable deadlines shall remain in effect until the resolution of BANA's motion for summary judgment regarding the effect of *Bourne Valley* on the Association foreclosure sale.

7. The parties agree that the briefing and consideration of the Motion to Certify a Question of Law to Nevada's Supreme Court filed by SFR on November 17, 2016 [ECFNo.72] shall not be stayed because SFR contends that the motion impacts the effect of Ninth Circuit's ruling in *Bourne Valley* on the Association's purported foreclosure sale. Similarly, briefing on SFR Investments Pool 1, LLC's Motion for Partial Summary Judgment Regarding a Pure Issue of Law: Application of the Return Doctrine Post-Bourne Valley [ECF No. 85] shall not be stayed. BANA's *Bourne Valley* motion for summary judgment described in paragraph 6 may be filed as a counter-motion to ECF No. 85.

8. The parties stipulate and agree that if the case is not resolved by BANA's motion for summary judgment regarding the effect of *Bourne Valley* on the Association foreclosure sale, either party may move the court to lift the stay of the entire case as directed by the applicable stay order.

///
///
///
///
///
///

{40374938;1}3

9. The parties enter into this stipulation in good faith and not for the purposes of delay or prejudice to any party.

DATED this 6th day of January, 2017.

| **AKERMAN LLP** | **KIM GILBERT EBRON** |
|---|---|
| */s/ Darren T. Brenner, Esq.* <br> DARREN T. BRENNER, ESQ. <br> Nevada Bar No. 8386 <br> TENESA S. SCATURRO, ESQ. <br> Nevada Bar No. 12488 <br> 1160 Town Center Drive, Suite 330 <br> Las Vegas, Nevada 89144 <br> *Attorneys for Bank of America, N.A.* | */s/ Diana Cline Ebron, Esq.* <br> DIANA CLINE EBRON, ESQ. <br> Nevada Bar No. 10580 <br> JACQUELINE A. GILBERT, ESQ. <br> Nevada Bar No. 10593 <br> KAREN L. HANKS, ESQ. <br> Nevada Bar No. 9578 <br> 7625 Dean Martin Drive, Suite 110 <br> Las Vegas, Nevada 89139 <br> *Attorneys for SFR Investment Pool 1, LLC* |
| **LEACH JOHNSON SONG & GRUCHOW** | **NEVADA ASSOCIATION SERVICES, INC.** |
| */s/ Sean L. Anderson, Esq.* <br> SEAN L. ANDERSON, ESQ. <br> Nevada Bar No. 7259 <br> RYAN D. HASTINGS, ESQ. <br> Nevada Bar No. 12394 <br> 8945 West Russell Road, Suite 300 <br> Las Vegas, Nevada 89148 <br> *Attorneys for Sonrisa Homeowners' Association* | */s/ Christopher V. Yergensen, Esq.* <br> CHRISTOPHER V. YERGENSEN, ESQ. <br> Nevada Bar No. 6183 <br> Nevada Association Services, Inc. <br> 6224 West Desert Inn Road <br> Las Vegas, NV 89146 <br> *Attorney for Nevada Association Services, Inc.* |

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 2/2/2017

{40374938;1}4