DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
JAMIE M. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-857
Email: darren.brenner@akerman.com
       jamie.combs@akerman.com

*Attorneys for plaintiff and counter-defendant
Bank of America, N.A.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> SONRISA HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; NEVADA ASSOCIATION SERVICES, INC., <br><br> Defendants. | Case No.: 2:16-cv-00848-JCM-GWF <br><br><br> **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE PRE-TRIAL ORDER** <br><br> **(FIRST REQUEST)** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company, <br><br> Counter/Cross Claimant, <br><br> v. <br><br> BANK OF AMERICA, N.A,; UNIVERSITY MEDICAL CENTER; RICK C. WATKINS, an individual; and JENNIFER L. WATKINS, and individual <br><br> Counter/Cross Defendants. | |

1

Bank of America, N.A. (**BANA**), SFR Investments Pool 1, LLC (**SFR**), Sonrisa Homeowners Association (**Sonrisa**), and Nevada Association Services (**NAS**) stipulate and agree that the parties shall have an additional thirty (30) days, up to and including October 11, 2017, to file a joint pre-trial order or other stipulation or motion regarding discovery and dispositive motion deadlines. The current deadline to file a joint pre-trial order is September 11, 2017, per ECF No. 99. Given the complicated procedural history of this case, this extension will give the parties time to confer and clarify the current status of the case prior to filing a joint pre-trial order.

DATED this 11th day of September, 2017.

| **AKERMAN LLP** | **KIM GILBERT EBRON** |
|---|---|
| */s/ Jamie K. Combs, Esq.*<br>DARREN T. BRENNER, ESQ.<br>Nevada Bar No. 8386<br>JAMIE COMBS, ESQ.<br>Nevada Bar No. 13088<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br>*Attorneys for Bank of America, N.A.* | */s/ Diana Cline Ebron, Esq.*<br>DIANA CLINE EBRON, ESQ.<br>Nevada Bar No. 10580<br>JACQUELINE A. GILBERT, ESQ.<br>Nevada Bar No. 10593<br>KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br>*Attorneys for SFR Investment Pool 1, LLC* |
| **LEACH JOHNSON SONG & GRUCHOW** | **NEVADA ASSOCIATION SERVICES, INC.** |
| */s/ Ryan D. Hastings, Esq.*<br>SEAN L. ANDERSON, ESQ.<br>Nevada Bar No. 7259<br>RYAN D. HASTINGS, ESQ.<br>Nevada Bar No. 12394<br>8945 West Russell Road, Suite 300<br>Las Vegas, Nevada 89148<br>*Attorneys for Sonrisa Homeowners' Association* | */s/ Christopher V. Yergensen, Esq.*<br>CHRISTOPHER V. YERGENSEN, ESQ.<br>Nevada Bar No. 6183<br>Nevada Association Services, Inc.<br>6224 West Desert Inn Road<br>Las Vegas, NV 89146<br>*Attorney for Nevada Association Services, Inc.* |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 9/12/2017

2