DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-857
Email: darren.brenner@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for plaintiff and counter-defendant*
*Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> SONRISA HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; NEVADA ASSOCIATION SERVICES, INC., <br><br> Defendants. | Case No.: 2:16-cv-00848-JCM-GWF <br><br> **STIPULATION AND ORDER TO LIFT STAY** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company, <br><br> Counter/Cross Claimant, <br><br> v. <br><br> BANK OF AMERICA, N.A,; UNIVERSITY MEDICAL CENTER; RICK C. WATKINS, an individual; and JENNIFER L. WATKINS, and individual <br><br> Counter/Cross Defendants. | |

Bank of America, N.A. (**BANA**), SFR Investments Pool 1, LLC (**SFR**), Sonrisa Homeowners Association (**Sonrisa**), and Nevada Association Services (**NAS**) stipulate as follows:

1

43099243;1

This court granted the parties' stipulation to stay discovery and litigation on all issues raised by the pleadings, except as relevant to the effect of the Ninth Circuit's ruling in *Bourne Valley Court Tr. v. Wells Fargo Bank, N.A.*, 832 F.3d 1154, 1157-58 (9th Cir. 2016), *cert. denied*, 137 S. Ct. 2296, on the HOA's foreclosure sale. (ECF No. 93 ¶ 4.) The stipulation provided any party could move to lift the stay if the case is not resolved by BANA's summary judgment motion on *Bourne Valley*. (*Id.* ¶ 8.) This court denied BANA and SFR's summary judgment motions on *Bourne Valley*. (ECF No. 98.)

IT IS THEREFORE STIPULATED AND AGREED the previous stay entered and stipulated among the parties is hereby lifted.

DATED this 6th day of October, 2017.

| **AKERMAN LLP** | **KIM GILBERT EBRON** |
|---|---|
| */s/ Jamie K. Combs* <br> DARREN T. BRENNER, ESQ. <br> Nevada Bar No. 8386 <br> JAMIE K. COMBS, ESQ. <br> Nevada Bar No. 13088 <br> 1160 Town Center Drive, Suite 330 <br> Las Vegas, Nevada 89144 <br><br> *Attorneys for Bank of America, N.A.* | */s/ Diana S. Ebron* <br> DIANA S. EBRON, ESQ. <br> Nevada Bar No. 10580 <br> JACQUELINE A. GILBERT, ESQ. <br> Nevada Bar No. 10593 <br> KAREN L. HANKS, ESQ. <br> Nevada Bar No. 9578 <br> 7625 Dean Martin Drive, Suite 110 <br> Las Vegas, Nevada 89139 <br><br> *Attorneys for SFR Investment Pool 1, LLC* |
| **LEACH JOHNSON SONG & GRUCHOW** | **NEVADA ASSOCIATION SERVICES, INC.** |
| */s/ Ryan D. Hastings* <br> SEAN L. ANDERSON, ESQ. <br> Nevada Bar No. 7259 <br> RYAN D. HASTINGS, ESQ. <br> Nevada Bar No. 12394 <br> 8945 West Russell Road, Suite 300 <br> Las Vegas, Nevada 89148 <br><br> *Attorneys for Sonrisa Homeowners' Association* | */s/ Brandon E. Wood* <br> BRANDON E. WOOD, ESQ. <br> Nevada Bar No. 12900 <br> Nevada Association Services, Inc. <br> 6224 West Desert Inn Road <br> Las Vegas, NV 89146 <br><br> *Attorney for Nevada Association Services, Inc.* |

**IT IS SO ORDERED.**

*George Foley Jr.*

UNITED STATES MAGISTRATE JUDGE
DATED: 10/13/2017

43099243;1

2