**LEACH JOHNSON SONG & GRUCHOW**
SEAN L. ANDERSON
Nevada Bar No. 7259
RYAN D. HASTINGS
Nevada Bar No. 12394
8945 W. Russell Road, Suite 330
Las Vegas, NV 89148
Telephone: (702) 538-9074
Facsimile: (702) 538-9113
sanderson@leachjohnson.com
rhastings@leachjohnson.com
*Attorneys for Defendant Sonrisa Homeowners' Association*

# IN THE UNITED STATE DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>Plaintiff,<br><br>vs.<br><br>SONRISA HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No.: 2:16-cv-00848-JCM-GWF<br><br>**STIPULATION AND ORDER TO CONTINUE RESPONSE DATE [ECF No. 115]** |

Defendant Sonrisa Homeowners' Association (the "Association") and Bank of America, N.A. ("Plaintiff") by and through their respective counsel stipulate and agree as follows:

1. On December 13, 2017, Plaintiff filed a Motion for Summary Judgment ECF No. 115.

2. The Association's response to the Plaintiff's Motion for Summary Judgment is due January 3, 2018.

3. Mr. Hastings has requested and the Plaintiff has agreed, to extend the Association's response due date to and including January 17, 2018 due to the holiday rush.

**IT HEREBY STIPULATED AND AGREED** that the Association will be granted an extension to file its Response.

LEACH JOHNSON SONG & GRUCHOW
8945 West Russell Road, Suite 330, Las Vegas, NV 89148
Telephone: (702) 538-9074 – Facsimile (702) 538-9113

**IT IS FURTHER STIPULATED AND AGREED** that the Association's Response shall be filed on or before **January 17, 2018.**

This is the Parties' first request of this deadline and is not intended to cause any delay or prejudice to any party.

**IT IS SO STIPULATED AND AGREED**.

Dated this 3rd day of January, 2018.

| LEACH JOHNSON SONG & GRUCHOW | AKERMAN LLP |
|---|---|
| /s/ Ryan D. Hastings | /s/ Jamie Combs |
| Sean L. Anderson<br>Nevada Bar No. 7259<br>Ryan D. Hastings<br>Nevada Bar No. 12394<br>8945 West Russell Road, Suite 300<br>Las Vegas, Nevada 89148<br>*Attorneys for Defendant Sonrisa Homeowners Association* | Darren T. Brenner<br>Nevada Bar No.: 8386<br>Jamie Combs<br>Nevada Bar No.: 13088<br>1635 Village Center Circle, #200<br>Las Vegas, NV 89134<br>*Attorneys for Plaintiff Bank of America, N.A.* |

**ORDER**

**IT IS SO ORDERED.**
DATED January 4, 2018.

_____
**U.S. DISTRICT COURT JUDGE**