DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
jamie.combs@akerman.com

*Attorneys for plaintiff and counter-defendant
Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> SONRISA HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; NEVADA ASSOCIATION SERVICES, INC., <br><br> Defendants. | Case No.: 2:16-cv-00848-JCM-GWF <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO REPLY IN SUPPORT OF BANA AND SFR'S SUMMARY JUDGMENT MOTIONS** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company, <br><br> Counter/Cross Claimant, <br><br> v. <br><br> BANK OF AMERICA, N.A,; UNIVERSITY MEDICAL CENTER; RICK C. WATKINS, an individual; and JENNIFER L. WATKINS, and individual <br><br> Counter/Cross Defendants. | |

Bank of America, N.A. and SFR Investments Pool 1, LLC stipulate to extend the deadlines to reply to their respective summary judgment motions until January 31, 2018.

/ / /

Bank of America, N.A., SFR Investments Pool 1, LLC, and Sonrisa Homeowners Association moved for summary judgment on December 13, 2017. (ECF Nos. 115-117.) Bank of America responded to SFR and Sonria's summary judgment motions on January 3, 2018, and SFR responded to Bank of America's summary judgment motion on January 3, 2018. (ECF Nos. 118-119, 121.) The court granted the parties' stipulation to extend Sonrisa's deadline to respond to Bank of America's motion until January 17, 2018. (ECF No. 121.)

Bank of America's deadline to file its reply supporting its summary judgment motion to address SFR's summary judgment response is January 17, 2018. *See* LR 7-2. Its deadline to file its reply to address Sonrisa's summary judgment motion will be due January 31, 2018. *See id.* To synthesize the parties' briefing, the parties stipulate to extend Bank of America's deadline to file its reply to SFR's summary judgment motion until January 31, 2018.

The parties also stipulate to extend SFR's deadline to file its reply supporting its summary judgment motion until January 31, 2018.

This is Bank of America and SFR's first request for an extension of this deadline and is not being made for the purpose of delay.

Dated this 17th day of January, 2018

| **AKERMAN LLP** | **KIM GILBERT EBRON** |
|---|---|
| */s/ Jamie K. Combs* <br> DARREN T. BRENNER, ESQ. <br> JAMIE K. COMBS, ESQ. <br> Nevada Bar No. 13088 <br> 1635 Village Center Circle, #200 <br> Las Vegas, NV 89134 <br><br> *Attorneys for Bank of America, N.A.* | */s/ Diana S. Ebron* <br> DIANA S. EBRON, ESQ. <br> Nevada Bar No. 10580 <br> JACQUELINE A. GILBERT, ESQ. <br> Nevada Bar No. 10593 <br> KAREN L. HANKS, ESQ. <br> Nevada Bar No. 9578 <br> 7625 Dean Martin Drive, Ste. 100 <br> Las Vegas, Nevada 89139 <br> *Attorneys for SFR Investments Pool 1, LLC* |

## ORDER

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
DATED: January 18, 2018