# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BANK OF AMERICA, N.A., | Case No. 2:16-CV-848 JCM (GWF) |
| Plaintiff(s), | ORDER |
| v. | |
| SONRISA HOMEOWNERS ASSOCIATION, et al., | |
| Defendant(s). | |

Presently before the court is the matter of *Bank of America, N.A. v. Sonrisa Homeowners Association, et al.*, case no. 2:16-cv-00848-JCM-GWF.

On October 6, 2017, the parties filed (1) a stipulation and order to lift stay (ECF No. 103); (2) a stipulation to amend complaint to reassert breach of NRS 116.3116 and wrongful foreclosure claims having completed NRED mediation (ECF No. 104); and (3) a stipulation and order for amended joint discovery plan (ECF No. 105).

On October 10, 2017, the court instructed the parties to correct the stipulation to amend complaint (ECF No. 104) and to refile for failure to comply with Local Rule IC 2-2(b). (ECF No. 106).

On October 12, 2017, the parties filed: (1) a second stipulation and order to lift stay (ECF No. 107); (2) a second stipulation and order for amended joint discovery plan (ECF No. 108); and (3) refiled a stipulation and order to amend complaint to reassert a breach of NRS 116.3116 and wrongful foreclosure claims (ECF No. 109).

On October 13, 2017, Magistrate Judge Foley granted the parties' stipulation and order to lift stay (ECF No. 103). (ECF No. 110). Also on October 13, 2017, Magistrate Judge Foley

**James C. Mahan**
**U.S. District Judge**

granted the parties' second stipulation and order for amended joint discovery plan (ECF No. 108). (ECF No. 111).

On October 16, 2017, the court again instructed the parties to correct the stipulation to amend complaint (ECF No. 109) and to refile for failure to comply with Local Rule 15-1(a). (ECF No. 112).

On December 11, 2017, in compliance with the court's request, the parties filed a notice of corrected image/document as to the refiled stipulation and order to amend complaint (ECF No. 109). (ECF No. 114).

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the parties' notice of corrected image/document regarding the refiled stipulation to amend complaint to reassert a breach of NRS 116.3116 and wrongful foreclosure claims (ECF No. 114) be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that the parties' first stipulation to amend complaint to reassert a breach of NRS 116.3116 and wrongful foreclosure claims (ECF No. 104) be, and the same hereby is, DENIED.

IT IS FURTHER ORDERED that the parties' refiled stipulation to amend complaint to reassert a breach of NRS 116.3116 and wrongful foreclosure claims (ECF No. 109) be, and the same hereby is, DENIED.

IT IS FURTHER ORDERED that the parties' first stipulation and order for amended joint discovery plan (ECF No. 105) be, and the same hereby is, DENIED as moot.

IT IS FURTHER ORDERED that the parties' first stipulation and order for amended joint discovery plan (ECF No. 107) be, and the same hereby is, DENIED as moot.

DATED July 13, 2018.

_____
UNITED STATES DISTRICT JUDGE