DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@kgelegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorney for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> SONRISA HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; NEVADA ASSOCIATION SERVICES, INC., <br><br> Defendants. | Case No. 2:16-cv-00848-JCM-GWF <br><br> **JUDGMENT BY DEFAULT AGAINST RICK C. WATKINS AND JENNIFER L. WATKINS** |
| SFR INVESTMENTS POOL 1, LLC, LLC, a Nevada limited liability company, <br><br> Counter/Cross Claimant, <br><br> vs. <br><br> BANK OF AMERICA, N.A.; UNIVERSITY MEDICAL CENTER; RICK C. WATKINS, an individual; and JENNIFER L. WATKINS, an individual, <br><br> Counter-Defendant/Cross-Defendants. | |

This matter came before the Court on SFR Investments Pool 1, LLC's ("SFR") application for default judgment against Cross-Defendants RICK C. WATKINS AND JENNIFER L. WATKINS ("the Watkinses" or "Cross-Defendants"). Having considered the application, including the declarations attached thereto, the Court makes the following findings of fact and

- 1 -

1 conclusions of law:

2 1. On September 6, 2013, SFR filed a Cross-Claim (ECF No. 21) for quiet title and declaratory relief against Nevarez ("Cross-Claim") relating to real property located at 1208 El Viento Court, Henderson, NV 89074; Parcel No. 178-15-711-011 ("Property").

5 2. Cross-Defendants failed to answer the complaint within the 21-day time limit set forth in FRCP 12. The Clerk of the Court appropriately entered a default against the Cross-Defendant on November 28, 2016 (ECF No. 77).

8 3. Cross-Defendants are not incompetent, infants or serving in the United States military.

9 4. SFR submitted credible evidence in support of its application in the form of documents obtained from the Official Records of the Clark County Recorder and declarations made under penalty of perjury that demonstrate prima facie grounds sufficient to enter default judgment against the Watkinses.

13 NOW, THEREFORE, pursuant to FRCP 55(b)(2), having considered the evidence and made the foregoing findings of fact and conclusions of law, and finding good cause,

15 IT IS ORDERED, ADJUDGED AND DECREED that Cross-Defendants, the Watkinses, ny successors and assigns, have no right, title or interest in the Property and that SFR is the rightful title owner.

18 IT IS FURTHER ORDERED that this judgment does not adjudicate SFR's claims …

19 …
20 …
21 …
22 …
23 …
24 …
25 …
26 …
27 …
28 …

KIM GILBERT EBRON
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

against, or the defenses of, any other party to this case.

_____
UNITED STATES DISTRICT JUDGE
Dated: March 12, 2020

*Respectfully submitted by:*
**KIM GILBERT EBRON**

/s/ *Jacqueline A. Gilbert*
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
(702) 485-3300
(702) 485-3301 (fax)
*Attorneys for SFR Investments Pool 1*

Dated this 21st day of March, 2019.